FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 JAN 25 AM 11: 21
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| TERENCE LEE YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-BU-3446-S |
| | ) | |
| OFFICER HUDSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
JAN 25 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 3, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed with prejudice due to plaintiff's bad faith submission of false information in his application to proceed *in forma pauperis*. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 24th day of January, 2001.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE